UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 29 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RAMIRO CANALES, <br> TDCJ No. 01244960, <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § |

CIVIL NO. SA-21-CA-0862-OLG

# JUDGMENT

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of Dismissal of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Petitioner Ramiro Canales's amended petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 6) is **DISMISSED WITH PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so **ORDERED**.

SIGNED this the __29__ day of October, 2021.

ORLANDO L. GARCIA
Chief United States District Judge